### Jim BLANTON and Reba Blanton, Appellants,

v.

### COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 20, 1959.

Woodrow W. Burchett, Prestonsburg, for appellants.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

**PER CURIAM.**

Judgment of convictions, for violations of the local option law, fixing the punishment of each appellant at a fine of $20.00 and sixty days in the county jail.

The facts, questions raised, authorities cited and applicable law have been carefully considered.

The motion for an appeal is overruled and the judgment stands affirmed.

### LINCOLN-INCOME LIFE INSURANCE CO.

v.

### Silba E. VEST et al.

Court of Appeals of Kentucky.

March 20, 1959.

C. C. Adams, Williamstown, Henry J. Tilford, Louisville, for appellant.

William F. Threlkeld, Williamstown, for appellees.

**PER CURIAM.**

Motion by the Lincoln-Income Life Insurance Company for an appeal from a judgment of the Grant Circuit Court, in favor of Silba E. Vest, in the amount of $260, for disability benefits under a policy of accident insurance.

We have examined the record and considered the briefs, and we find no error prejudicial to the substantial rights of the appellant.

The motion for an appeal is overruled and the judgment stands affirmed.